CSD 1163 [03/01/15]

Name, Address, Telephone No. & I.D. No.

Kent L. Sharp, Esq.: SBN179468
La Jolla Law Group
9404 Genesee Ave., Ste. 300
La Jolla, CA 92037
Phone No.: (858) 202-1321
Email: kent@lajollalawgroup.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

KENNAN EDWARD KAEDER

Debtor.

BANKRUPTCY NO. 23-03508-CL13

JEFFREY S. CAMERON

Moving Party

RS NO. KLS-1

KENNAN EDWARD KAEDER and MICHAEL KOCH

Respondent(s)

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
**(UNLAWFUL DETAINER)**

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☑ 13 was filed on November 7, 2023.

2. Procedural Status:
   a. ☑ Name of Trustee Appointed *(if any)*: Michael Koch
   b. ☐ Name of Attorney of Record for Trustee *(if any)*:
   c. ☑ *(Optional)* Prior Filing Information:
      Debtor has previously filed a Bankruptcy Petition on: 3/16/2015.
      If applicable, the prior case was dismissed on: 5/3/2016.
   d. ☑ *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on TBD or a confirmation hearing is set for TBD.

Movant alleges the following in support of its Motion:

1. Debtor occupies the premises commonly known as *(specify street address)*:
   645 Front Street, Unit 707, San Diego, CA 92101

2. Debtor occupies the premises:
   ☐ on a month-to-month tenancy
   ☑ on a hold-over tenancy
   ☐ on a tenancy at will
   ☐ pursuant to a lease in default after a foreclosure sale
   ☑ pursuant to a terminated lease

3. Debtor has failed to pay the monthly rent of $_____ since _____.

CSD 1163

4. Procedural status in State Court *(fill in all applicable data for completed steps)*:

    a. ☐ On _____, Movant served a Notice to Pay Rent or Quit on the Debtor(s).

    b. ☑ On April 14, 2023 _____, Movant filed a Complaint for Unlawful Detainer in State Court.

    c. ☑ Trial was held on September 13-14, 2023 _____.

    d. ☐ A Judgment was entered on said Complaint by the State Court on _____.

When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a).

    Movant attaches the following:

1. ☐ Copy of the State Court Unlawful Detainer Judgment.

2. ☑ Other relevant evidence:
    a) Complaint for Unlawful Detainer filed 4/14/2023 - Exhibit "A" to Declaration of Kent L. Sharp, Esq.
    b) Proposed Judgment After Trial filed 9/15/2023 - Exhibit "B" to Declaration of Kent L. Sharp, Esq.
    c) Proposed Statement of Decision and Proposed Judgment After Court Trial filed 10/17/2023 - Exhibit "C" to Declaration of Kent L. Sharp, Esq.
    d) Declaration of Jeffrey S. Cameron, filed and served concurrently herewith
    e) Declaration of Kent L. Sharp, Esq., filed and served concurrently herewith
    f) Certification of Prepetition Eviction Action Seeking Possession of Residential Property Based on Debtor's Prepetition Endangerment of Property

3. ☑ *(Optional)* Memorandum of points and authorities upon which the moving party will rely.

    See Memorandum of Points and Authorities in Support of Motion for Relief From Automatic Stay (Unlawful Detainer) filed and served concurrently herewith.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

☑ Relief as requested.

☑ Other:
    Lifting the automatic stay to permit the State Court to proceed with entering Judgment for Unlawful Detainer against Debtor pursuant to the State Court's Proposed Statement of Decision and Proposed Judgment After Court Trial, and the eviction of Debtor from the subject Premises.

Dated: November 14, 2023

                                          Kent L. Sharp, Esq. _/s/_____
                                          [Attorney for] Movant